UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

-----------------------------------/
DAVID REINEKE

                    Plaintiff

v.

                               PLAINTIFF'S WITNESS LIST

GRAND TRUNK WESTERN RAILROAD
COMPANY

                               *Case No.: 2:22-CV-10953(NGE/KGA)*
                               *Judge Nancy G. Edmunds*

                 Defendant.
-----------------------------------/

    NOW COMES the Plaintiff, DAIVD REINEKE by and through his attorneys, The Kantor Law Firm and for his Witness List states as follows:

## I. WITNESS LIKEY TO HAVE DISCOVERABLE INFORMATION:

1) David Reineke, 11799 Greenbriar Drive, Jerome, Michigan 49249. Mr. Reineke is the Plaintiff and can testify as to the incident, causation, and damages as well as his pre-existing health and Grand Trunk custom and practice.

2) Andrea Davis, CN Claims. Ms. Davis is a CN Claim agent who may have knowledge of the facts and circumstances surrounding Mr. Reineke's incident of 11/21/20 and its subsequent investigation.

3) Craig Lantange, CN Claims. Mr. Lantange is a CN Claim agent who may have knowledge of the facts and circumstances surrounding Mr. Reineke's incident of 11/21/20 and its subsequent investigation.

4) Angela Reineke, CN Conductor. Ms. Reineke was assigned to work with her father on the date of the incident and may be able to testify as to his health prior to and following the incident as well as the facts and circumstances surrounding the incident as well as Grand Trunk custom and practice.

5) Eric Foster, CN Trainmaster. Mr. Foster may have knowledge of the facts and circumstances surrounding Mr. Reineke's incident and investigation.

6) John Karakian, CN Engineer and BLE Union Representative. Mr. Karakian may have knowledge regarding the Grand Trunk rules, custom and practice, contractual agreement, side letters, fringe benefits, prior complaints.

7) Chad Tedder, CN Engineer, and Local Chairman. Mr. Tedder may have knowledge regarding the Grand Trunk rules, custom and practice, contractual agreement, side letters, fringe benefits, prior complaints.

8) Tmora Vanwasshnova, FMP, IHA Brooklyn Primary Care, 212 South Main Street, Ste. A, Brooklyn Michigan 49230 provided medical treatment following the incident.

9) Gene Keilhorn, IHA Brooklyn Primary Care, 212 South Main Street, Ste. A, Brooklyn Michigan 49230, provided medical treatment following the incident.

10) Dr. Jane Beimer, Chelsea Physical Medicine, and Rehabilitation, 14650 East Old U.S. Hwy. 12, Ste 203, Chelsea, Michigan 48118. Dr. Beimer is a pain management doctor who can provide information regarding Mr. Reineke's injuries, treatment, diagnosis, prognosis, causation, damages, future medical care.

11) Dr. Matthew Sleziak, Chelsea Physical Medicine and Rehabilitation, 14650 East Old U.S. Hwy. 12, Ste 203, Chelsea, Michigan 48118. Dr. Selziak is a pain management doctor who can provide information regarding Mr. Reineke's injuries, treatment, diagnosis, prognosis, causation, damages, future medical care.

12) Dr. Douglas Geiger, Michigan Brain and Spine at St. Joseph's Ann Arbor 5315 Elliott Drive, Suite 102, Ypsilanti, Michigan 48197. Dr. Geiger is a neurosurgeon who can provide information regarding Mr. Reineke's injuries, treatment, prognosis, causation, damages, future medical care.

13) Dr. Julia Webb, University of Michigan Pain Management 325 East Eisenhouer Parkway, Suite 100, Ann Arbor, Michigan 48108. Dr. Webb is a pain management doctor who can provide information regarding Mr. Reineke's injuries, treatment, diagnosis, prognosis, causation, damages, future medical care.

14) Kathleen Walworth, Physical Therapist, Gregory Schailble, PT, Jeff Schoening, PTA, Athletico Physical Therapy, 250 South Main Street, Brooklyn, Michigan 49230. The aforementioned are physical therapists who can provide information regarding Mr. Reineke's injuries, treatment, prognosis, diagnosis, causation, damages, future medical care.

15) Dr. Joel Miller, Spring Arbor Family Medicine, 7845 Sring Arbor Road, Spring Arbor, Michigan 49283. Dr. Miller is an internal medicine physician who can provide

information regarding Mr. Reineke's injuries, treatment, prognosis, causation, damages, future medical care.

16) Vanessa Stabelton, NP, IHA Brooklyn Primary Care, 212 S. Main Street, Ste. A, Brooklyn, Michigan, 49230. Ms. Stabelton is a nurse practitioner who can provide information regarding Mr. Reineke's injuries, treatment, prognosis, causation, damages, future medical care.

17) Dr. Walter Jimenez, University of Michigan 3621 South State Street, Ann Arbor, Michigan 48108, Dr. Jimenez is a pain management specialist who can provide information regarding Mr. Reineke's injures, treatment, prognosis, causation, damages, future medical care.

18) Susan Reineke, 11799 Geenbriar Drive, Jerome, Michigan 49249. Ms. Reineke is the Plaintiff's wife and can testify as to her observation of Plaintiff's pre-existing health and post incident health as well as damages.

19) Keshawn Wright, CN carman who may have knowledge regarding Grand Trunk rules, custom and practice, inspection, maintenance, and repair procedures as well as inspections of Unit 8833.

20) Michael Shores, CN carman who may have knowledge regarding Grand Trunk rules, custom and practice, inspection, maintenance, and repair procedures as well as inspections of Unit 8833.

21) Morris Poole, CN carman who may have knowledge regarding Grand Trunk rules, custom and practice, inspection, maintenance, and repair procedures as well as inspections of Unit 8833.

22) Christopher Davis, CN carman who may have knowledge regarding Grand Trunk rules, custom and practice, inspection, maintenance, and repair procedures as well as inspections of Unit 8833.

23) Allen Kilbury, CN carman who may have knowledge regarding Grand Trunk rules, custom and practice, inspection, maintenance, and repair procedures as well as inspections of Unit 8833.

24) Alan Schaver, CN carman who may have knowledge regarding Grand Trunk rules, custom and practice, inspection, maintenance, and repair procedures as well as inspections of Unit 8833.

25) CN Woodcrest Area Shop Foreman, CN Foreman who may have knowledge regarding Grand Trunk rules, custom and practice, inspection, maintenance and repair procedures as well as inspections of Unit 8833.

The Plaintiff reserves the right to list additional witnesses whose identity may be discovered prior to the time of trial.

The Plaintiff reserves the right to list all witnesses listed on the Defendant's Witness List.

DATED: January 23, 2023
Williamsville, New York

*/s/ Steven L. Kantor*

STEVEN L. KANTOR, ESQ.
The Kantor Law Firm
Attorney for Plaintiff
Office & Post Office Address
348 Harris Hill Road, Ste A
Williamsville, New York 14221
(716) 626-0404

David J. Nickola, Esq.
Nickola & Nickola
Local Counsel for Plaintiff
1015 Church Street
Flint, Michigan 48502
810-767-5420
djn@nickola-law.com

TO: Colleen Mountcastle, Esq.
Burns White
1350 Euclid Avenue, Ste. 1060
Cleveland, Ohio 44115

---

**CERTIFICATE OF SERVICE**

A true copy of the foregoing instrument was electronically filed via the Court Electronic Case Filing (ECF) process as well as served upon all counsel of record, by mailing United States mail postage prepaid on January 23, 2023.

STEVEN L. KANTOR