# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **DAVID REINEKE,** | **CASE NO.:  2:22-cv-10953-NGE-KGA** |
| Plaintiff, | **JUDGE:  NANCY G. EDMUNDS** |
| vs. | |
| **GRAND TRUNK WESTERN RAILROAD COMPANY**, | |
| Defendant. | |

| | |
|---|---|
| **STEVEN L. KANTOR** <br> **THE KANTOR LAW FIRM, PLLC** <br> 348 Harris Hill Road, Ste. A <br> Williamsville, New York 14221 <br> (716) 626-0404 <br><br> *and* <br><br> **DAVID J. NICKOLA (P43203)** <br> **NICKOLA & NICKOLA** <br> 1015 Church Street <br> Flint, MI 48502 <br> (810) 767-5420 <br> djn@nickola-law.com <br> *Attorneys for Plaintiff* | **KEVIN C. ALEXANDERSEN (OH0037312)** <br> **COLLEEN A. MOUNTCASTLE (P82623)** <br> **BROOKE L. HAMILTON (P84122)** <br> **BURNS WHITE LLC** <br> US Bank Centre <br> 1350 Euclid Ave., Suite 1060 <br> Cleveland, Ohio 44115 <br> T: (216) 920-3090/F: (216) 274-6394 <br> kcalexandersen@burnswhite.com <br> camountcastle@burnswhite.com <br> blhamilton@burnswhite.com <br> *Attorneys for Defendant Grand Trunk Western Railroad Company* |

## DEFENDANT GRAND TRUNK WESTERN RAILROAD COMPANY'S AMENDED NOTICE OF INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF

Please take notice that pursuant to Fed. R. Civ. P. 35, and any other applicable rules of this Court, that a neurological medical examination of Plaintiff David Reineke will be administered. The examination will take place as follows:

| | |
|---|---|
| **Examinee:** | **David Reineke** |
| **Examiner:** | **Mahmoud Mohamed, M.D.** |
| **Date & Time:** | **Monday, March 27, 2023 at 11:30 a.m.** |
| **Location:** | **4417 N. Holland-Sylvania Rd., Suite 301B, Toledo, OH 43623** |

This examination is being taken by agreement of the parties. The examination of the Plaintiff is being taken for use at trial or for such other purposes as are permitted under the rules of Court.

Respectfully Submitted,

*/s/ Colleen A. Mountcastle*
**KEVIN C. ALEXANDERSEN (OH0037312)**
**COLLEEN A. MOUNTCASTLE (P82623)**
**BROOKE L. HAMILTON (P84122)**
**BURNS WHITE LLC**
US Bank Centre
1350 Euclid Ave., Suite 1060
Cleveland, Ohio 44115
T: (216) 920-3090/Fax (216) 274-6394
kcalexandersen@burnswhite.com
camountcastle@burnswhite.com
blhamilton@burnswhite.com
*Attorneys for Defendant Grand Trunk Western Railroad Company*

## CERTIFICATE OF SERVICE

I hereby certify that on **March 17, 2023**, a true and correct copy of the foregoing has been filed through the ECF system and will be electronically served on all counsel of record who are registered participants.

*/s/ Colleen A. Mountcastle*
**KEVIN C. ALEXANDERSEN (OH0037312)**
**COLLEEN A. MOUNTCASTLE (P82623)**
**BROOKE L. HAMILTON (P84122)**
**BURNS WHITE LLC**
*Attorneys for Defendant Grand Trunk Western Railroad Company*